1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID ANTHONY FALLON,
                                    No. CIV S-06-2290 LKK KJM PS
11              Plaintiff,

12        vs.

13   UNITED STATES GOVERNMENT,

14              Defendant.            <u>ORDER</u>

15   _____/

16        Plaintiff, proceeding pro se, filed the above-entitled actions.  The matter was

17   referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

18        On December 1, 2006, the magistrate judge filed findings and recommendations

19   herein which were served on plaintiff and which contained notice to plaintiff that any objections

20   to the findings and recommendations were to be filed within ten days.  Plaintiff has not filed

21   objections to the findings and recommendations.

22        The court has reviewed the file and finds the findings and recommendations to be

23   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

24   ORDERED that:

25        1.  The findings and recommendations filed December 1, 2006, are adopted in

26   full; and

                                    1

1              2.  This matter is dismissed for lack of subject matter jurisdiction.

2    DATED:   February 26, 2007.

3

4

5                                    LAWRENCE K. KARLTON
                                     SENIOR JUDGE
6                                    UNITED STATES DISTRICT COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26